Paul A. MITCHELL, Plaintiff–
Appellant,

v.

Philip A. BADDOUR, Jr., In individual and official capacity as Board of Trustees Attorney, Wayne Community College; Kay Albertson, In individual and official capacity as President and Secretary to the Board of Trustees, Wayne Community College, Defendants–Appellees.

No. 15–1309.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Paul A. Mitchell, Appellant Pro Se. Mary Margaret Dillon, Ellis & Winters, LLP, Cary, NC; Nora F. Sullivan, Ellis & Winters, LLP, Raleigh, NC; Jason Vincent Federmack, Joshua Mark Krasner, Jackson Lewis PC, Raleigh, NC, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell seeks to appeal the district court's reassignment orders. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Mitchell seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*